JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for JPMorgan Chase Bank, National Association, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | ) Case No. 1:15-bk-13326-MB |
| | ) |
| | ) Chapter 13 |
| Rita Kahlenberg, | ) |
| | ) **OBJECTION TO CONFIRMATION OF** |
| Debtor. | ) **CHAPTER 13 PLAN** |
| | ) |
| | ) **341(a) Meeting of Creditors:** |
| | ) Date:  11/18/2015 |
| | ) Time:  11:00 AM |
| | ) Place: 21041 Burbank Blvd. |
| | )         Woodland Hills CA |
| | ) |
| | ) **Confirmation Hearing:** |
| | ) Date:  12/10/2015 |
| | ) Time:  10:00 AM |
| | ) Ctrm:  303, 3rd Floor Floor |
| | ) Place: 21041 Burbank Boulevard |
| | )         Woodland Hills CA |
| | ) |
| | ) Judge: Martin R. Barash |

1  JPMorgan Chase Bank, National Association, its assignees and/or successors, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of the Chapter 13 Plan proposed by ("Debtor") Rita Kahlenberg.

2.  1. Secured Creditor is entitled to receive payments pursuant to a Promissory Note which matures on 12/1/2031 and is secured by a Deed of Trust on the subject property commonly known as 12760 Kahlenberg Lane, North Hollywood, CA 91607. True and correct copies of the Deed of Trust and the Note are attached hereto as **Exhibit "1".** As of 10/5/2015, the amount in default was approximately $9,281.53, incurred with respect to the default. The Proof of Claim will be filed on or before the claims deadline of 02/16/2016; however, Secured Creditor submits the following objection to timely preserve its rights and treatment under the proposed Plan.

3.  2. The proposed Plan does not provide for pre-petition arrearages owed to Secured Creditor. To cure the pre-petition arrearages of $9,281.53 over the term of the Plan within 60 months, Secured Creditor must receive a minimum payment of $154.69 per month from the Debtor through the Plan. Although Debtor does not provide for payments to Secured Creditor, Debtor's Plan provides for payments to the Trustee in the amount of $3,280.95 per month for 60 months. Debtor has not provided sufficient funds to cure the arrears over the term of the Plan within 60 months. Pursuant to Schedules I and J, Debtor does not have sufficient net income to increase the plan payment to cure the arrears owed to Secured Creditor. A true and correct copy of Debtor's Schedules I and J is attached hereto as **Exhibit "2"**. Therefore, the plan is not feasible.

4.  3. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. As such, the Plan cannot be confirmed.

5.  4. The Debtors' Plan proposes to pay unsecured creditors ahead of the secured claim of the objecting Creditor. Such a proposal is not allowed and Secured Creditor objects to such a plan. Accordingly, the Plan should not be confirmed.

## CONCLUSION

Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, or in the alternative, be amended to provide for full payoff of the arrearages owed to Secured Creditor within 60 months;

2. For attorneys' fees and costs herein,

3. For such other relief as this Court deems proper.

Respectfully submitted,

**McCarthy & Holthus, LLP**

10/22/2015

By: /s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
Attorney for Secured Creditor

M&H File No. CA-15-119760

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1770 Fourth Avenue
San Diego, CA 92101

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **10/22/2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**TRUSTEE**
Elizabeth (SV) F Rojas (TR)
cacb_ecf_sv@ch13wla.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **10/22/2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTOR(S)**
Rita Kahlenberg, 12760 Kahlenberg Lane, Valley Village, CA 91607

**US TRUSTEE**
915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017

**JUDGE'S COPY**
The Honorable Judge, Martin R. Barash, United States Bankruptcy Court - San Fernando Valley Division, 21041 Burbank Boulevard, Suite 342, Courtroom 303, Woodland Hills, CA, 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **10/22/2015** | **Christian Aguilar** | **/s/ Christian Aguilar** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

**ADDITIONAL SERVICE INFORMATION**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*       **F 9013-3.1.PROOF.SERVICE**